**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**ANDRES A. GALLEGOS,**

***Plaintiff*,**

**v.** **Case No. SA-26-CV-03357-JKP**

**FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,**

***Defendant*.**

# O R D E R

Before the Court is Magistrate Judge Richard B. Farrer's Report and Recommendation, recommending Plaintiff Andres Gallegos's Motion for Attorney Fees be granted. *ECF No. 33*. No party filed Objection. Upon consideration, the Court **ACCEPTS IN PART** Judge Farrer's Report and Recommendation. The Commissioner shall pay to Pena the sum of $1,900 by making the payment payable to Andres Gallegos, the Plaintiff in this case, and sending this payment to Plaintiff's counsel, Jennifer Latstetter Dunn, Dunn Law, PLLC, 890 Winter Street, Suite 230, Waltham, MA 02451.

## STANDARD OF REVIEW

Any party who seeks review of all or a portion of a Magistrate Judge's Report and Recommendation must serve and file specific written objections within fourteen days after being served with a copy. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). If a party does not timely object to all or a portion of a Magistrate Judge's Report and Recommendation, the District Court will review the unobjected-to proposed findings and recommendations to determine whether they are clearly erroneous or contrary to law. *Johnson v. Sw. Research Inst.*, 210 F.Supp.3d 863, 864

(W.D. Tex. 2016) (citing *U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.)(per curiam), *cert. denied*, 492 U.S. 918 (1989).

**DISCUSSION**

Gallegos filed the Unopposed Motion for Attorneys' Fees and Costs requesting that he be awarded $1,495.00 in attorneys' fees and $405.00 in costs. *See Dkt. No. 12*. Finding Gallegos carried his burden to show the requested award is reasonable, Magistrate Judge Farrer recommended granting the Motion and awarding attorney fees in the amount of $1,495.00 under 28 U.S.C. § 2412(d), and awarding costs in the amount of $405.00 under 28 U.S.C. § 1920. Magistrate Judge Farrer also recommended this payment be made to Plaintiff's attorney pursuant to Plaintiff's assignment agreement.

Consistent with 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the Court reviewed the subject Report and Recommendation for clear error on the face of the record. The Court finds no such error. However, to the extent Magistrate Judge Farrer recommends payment be made directly to Plaintiff's counsel, the Court finds this practice to be contrary to Fifth Circuit precedent.

As the prevailing party, an award under the EAJA must be paid directly to a Plaintiff/claimant. *Astrue v. Ratliff*, 560 U.S. 586, 593 (2010). Accordingly, even upon agreement, and where the payment is not subject to offset, payment of EAJA fees must be made payable to Plaintiff, as the prevailing party, not counsel. *Jackson v. Astrue*, 705 F.3d 527, 531 & n.11 (5th Cir. 2013); *Goin v. Colvin*, No. 3:12-CV-2471, 2013 WL 1797862, at *6 (N.D. Tex. Apr. 29, 2013).

For the reasons stated herein, the Court accepts Magistrate Judge Farrer's Recommendation and finds Gallegos' Motion for Attorney's Fees under the Equal Access to Justice Act, *Dkt. No. 12*, be **GRANTED AS UNOPPOSED**.

IT IS FURTHER ORDERED that Gallegos should be awarded attorney fees in the amount of $1,495.00 under 28 U.S.C. § 2412(d), and costs in the amount of $405.00 under 28 U.S.C. § 1920.

The Commissioner shall pay to Pena the sum of $1,900 by making the payment payable to Andres Gallegos, the Plaintiff in this case, and sending this payment to Plaintiff's counsel, Jennifer Latstetter Dunn, Dunn Law, PLLC, 890 Winter Street, Suite 230, Waltham, MA 02451.

It is so ORDERED.
SIGNED this 18th day of November, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE